UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA

          Plaintiff

vs                    Cr. No.  02-cr-80069
          HONORABLE PATRICK J. DUGGAN

RICHARD NORMAN ERANGEY

          Defendant
_____/

**ORDER FOR TRAVEL AND SUBSISTENCE EXPENSES**

    Upon the application of Defendant, RICHARD NORMAN ERANGEY, for round-trip travel and subsistence expenses, pursuant to 18 U.S.C. Sec. 4285, and the Court being aware of Defendant's indigence;

    **IT HEREBY IS ORDERED** that the U.S. Marshal furnish Defendant Richard Norman Erangey round-trip, non-custodial transportation from Los Angeles, California to Detroit, Michigan on <u>Monday, April 7, 2008</u>, for purposes of appearing in court for a sentencing hearing on <u>April 8, 2008</u>.

Entered: March 24, 2008          s/Patrick J. Duggan
                                          United States District Judge